# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0180.  DEXTER L. GARY v. THE STATE.**

Dexter L. Gary, who is proceeding pro se, has filed a timely application for discretionary appeal seeking to appeal an order denying his motion to correct a void sentence.  The denial of a motion to correct a void sentence is directly appealable. *Williams v. State*, 271 Ga. 686, 688-689 (1) (523 SE2d 857) (1999).  Gary's application is therefore GRANTED under OCGA § 5-6-35 (j).

Gary shall have ten days from the date of this order to file his notice of appeal with the superior court.  The clerk of the superior court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/16/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*